UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 10  A 11: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DISABILITY LAW CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11248 RCL |
| ) | |
| KENNEDY-DONOVAN CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CERTIFICATION OF CONFERRAL PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), counsel for plaintiff and defendant conferred on the Motion for Preliminary Injunction, filed in above-captioned matter, between the dates of December 17, 2003 and February 25, 2004, in a good faith attempt to resolve or narrow the issues before the Court.

DISABILITY LAW CENTER, INC.
Plaintiff,

By attorneys,

Date: 6/10/04

Janine A. Solomon, BBO# 567964
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455

_Matthew Engel (JAS)_
Matthew Engel, BBO #547465
Disability Law Center, Inc.
30 Industrial Drive, East
Northampton, MA 01060
(413) 584-6337

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon Regina Williams Tate, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, Suite 410, Quincy, MA 02269-9126, counsel for defendant, by first class mail on June 10, 2004.

_Janine A. Solomon_
Janine A. Solomon