## AFFIDAVIT OF VENILDE CABRAL

FILED IN CLERKS OFFICE
11248
2004 JUN -8  A 10: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

I, Venilde Cabral, hereby depose and state as follows:

1. My name is Venilde Cabral. I live at 90 Lisbon Street in Fall River, Massachusetts with my husband and two daughters.

2. One of my daughters, Kristen, is a special education student with the Fall River Public Schools.

3. Kristen was diagnosed with Autism in late July, 2000 by Dr. Jeannine R. Audet, M.D., Developmental /Behavioral Pediatrician at the Center for Children and Families, St. Anne's Hospital, in Fall River, Massachusetts. As part of an initial developmental evaluation, Dr. Audet recommended that Kristen be placed in a full day, full year, special needs program with a focus on language and behavioral development.

4. From approximately February 26, 2001 to July 30, 2002, Kristen attended the Kennedy-Donovan-Center School (KDCS) in New Bedford, Massachusetts, a 766 approved private special education day school.

5. Kristen's IEP dated 2/28/01-2/28/02, called for placement at KDCS in a small, highly structured classroom with the assistance of a 1:1 aide to help with transitions. In accordance with Kristen's IEP, she was to be receiving speech and language services three times per week for thirty minutes each session, and one session of occupational therapy for thirty minutes per week.

6. When Kristen began at KDCS, she was placed on a Behavior Management Program to target aggressive behaviors towards herself and others. I approved the implementation of the Program effective from 2/26/01 to 5/25/01. *Attachment No. 1.*

7. During the summer of 2001, Kristen was seen by David Gallaway, PsyD., Behavioral Consultant to the Department of Mental Retardation (DMR), South Shore Mental Health

Emergency Behavioral Services. Dr. Gallaway conducted a Functional Assessment of Kristen on August 16, 2001 and September 7, 2001.

8. Thereafter, Dr. Gallaway met with Kristen's Team at KDCS to discuss his recommendations with respect to Kristen's educational program. Dr. Gallaway wrote up a behavioral plan dated September 21, 2001 following the meeting at KDCS. Specifically, the Plan called for the "avoidance of the use of physical redirection or restraint." *Attachment No. 2.*

9. For the first six months after Kristen began at KDCS, things seemed to be going fine at the school. After a while, I began to notice that Kristen would come home with bruises on her back and buttocks, areas where she normally did not hit herself. I did not think to take any photographs of the bruises at the time, nor did I report my suspicions of potential abuse.

10. In early 2003, Kristen was re-evaluated and the KDCS Team met on or about February 28, 2002 to discuss Kristen's evaluations and IEP development. We also discussed the fact that Kristen did not receive speech and language services, in accordance with her IEP dated 2/28/01-2/28/02, for nearly six months while the therapist was out sick.

11. In April 2003, Kristen was transferred to a new classroom. Her new teacher's name was Patricia Campbell.

12. I frequently spoke with Ms. Campbell regarding Kristen's progress in the classroom. Ms. Campbell told me of incidents where Kristen was being denied food and beverages during scheduled snack and meal times as a form of punishment when Kristen was upset. Kristen was either served last, which made her more mad, or was not served at all. Kristen did not like to wait and would become self abusive. The more upset she became, the more she would be denied meals and snacks.

13.     I also was told by Ms. Campbell that Kristen was often left to scream in the classroom before I came to pick her up and then would be given a favorite toy to play with in order to sooth herself so that I would not see her visibly upset.

14.     In addition, I started to have concerns when I was not allowed into the school during pick-up and drop-off times. Staff would come out to meet me and escort Kristen into and out of the school.

15.     During this time, Kristen would often not want to go to school and would say, "school finished" or "all done school."

16.     I was concerned how staff was caring for my daughter as was evidenced by their lack of reporting of details of accidents that occurred during the school day. For instance, on March 21, 2002, I received an accident/incident report indicating that staff noticed that Kristen's lip was swollen and red, but they were not aware how the lip got bruised. In addition, Ms. Campbell told me that classroom staff were improperly restraining my daughter. I also was told by another teacher at KDCS that she witnessed my daughter being dragged down the hallway by KDCS staff when she would not walk on her own.

17.     On July 30, 2002, Ms. Campbell approached me with her letter of resignation from KDCS. On that day, I unilaterally withdrew Kristen from KDCS and kept her at home due to my increasing concerns over Kristen's safety and well being at the school and the confirmation of my concerns as contained in Ms. Campbell's resignation letter. *Attachment No. 3.* Kristen was officially withdrawn from KDCS on August 16, 2002.

18.     In late November 2002, I approached the Disability Law Center (DLC) about obtaining services for Kristen while she was at home awaiting placement. During my initial

intake, I mentioned that Kristen had attended KDCS and discussed my concerns about how she had been treated when she was there. I relayed the chronology, as set forth above, to DLC and also provided DLC with the names of other people who had relevant information.

19. Kristen is currently placed at the I.H. Schwartz Center, an out-of-district private special education program, in New Bedford, Massachusetts. She has been attending the Schwartz Center since approximately February 4, 2003.

20. Since Kristen has been at the I.H. Schwartz Center, she has been doing very well and has made tremendous progress in regard to her behavior. As Kristen began to get better, I realized that I needed to make a complaint about what happened to Kristen while she was at KDCS. I was upset by what happened to my daughter, and was also concerned for the safety and well being of children currently in attendance at the school.

Signed under the pains and penalties of perjury on this 12 day of May, 2004.

_Venilde Cabral_
Venilde Cabral