## AFFIDAVIT OF PATRICIA CAMPBELL

I, Patricia Cambpell, hereby depose and state as follows:

1. My name is Patricia Campbell. I have studied and worked in the field of special education for several years. I hold a Bachelor's Degree in Communicative Disorders from the University of Rhode Island and have taken some education courses at Rhode Island College and Providence College. I have several credits in American Sign Language, and in Early Childhood education.

2. I am currently teaching at the elementary level in Central Falls, Rhode Island. I also am taking graduate level classes in English as a Second Language (ESL).

3. Prior to my most recent job I was a special needs teacher at the Kennedy-Donovan Center School (KDCS) in New Bedford, Massachusetts.

4. I worked at KDCS for only four months. I began working at the school in the middle of April of 2002 and I resigned from my position on July 30, 2002.

5. As part of my job duties, I was assigned to one particular classroom where I was the lead teacher and supervised my own staff of four to five teaching assistants. In addition to supervising the assistants, I also wrote Individual Education Plans for the students, and I communicated with their parents through written daily written journals or by telephone.

6. My role was more of a case supervisor than a teacher. I worked in an administrative capacity in the classroom while the teaching assistants planned the daily educational activities. The assistants would organize certain activities such as a language group, and I would supervise the curriculum and coordinate the therapies.

7. As part of my job, I was trained in lifting and handling the students, even though my students were all ambulatory. I had 16 hours of training in Non Violent Management of Aggressive

Behavior (NVMAB). The training was very thorough. We were shown specific techniques, and how to keep ourselves safe and to keep the children safe.

8. The children in my classroom ranged in age from 6 to 16. The majority of children in my classroom were diagnosed with Autism. Several students also had seizure disorders. Kristen Cabral was one of the students in my classroom.

9. I resigned from my position at KDCS because I felt that the staff were implementing inappropriate interventions with the children. *Attachment No. 1*. I tried to educate them on proper restraint and behavior modification techniques to use with the children, but they would not listen to me. I spoke with the Director, Heidi Bettencourt, about the situation on many occasions. I tried to raise my concerns, but never got a helpful answer. I was told by Ms. Bettencourt that "every assistant has to be included in the decisions", but never received anything more responsive to my concerns. In addition, I had further concerns about instances of staff denying food and beverages to students as a form of punishment, and I witnessed one instance of a student being changed in public while on a field trip to the beach.

10. Restraint of the children by staff was a daily occurrence in my classroom. As far as injuries in restraints, I witnessed several students with red marks on their bodies as a result of restraints. I remember there was one student who was improperly restrained by the Director, Heidi Bettencourt, reaching from behind and putting the inside of her elbow against the child's neck.

11. I never witnessed restraints longer than five minutes. Staff would often let go of the children after a few minutes, if the hold was close to the five minute mark. After the five minutes was up and they let go, they would start over again. In my opinion, this was done to circumvent Massachusetts Department of Education regulation reporting requirements when restraints are five

minutes or more in length.

12. The "basket hold" position was the most common form of restraint. Kristen Cabral would often be put in basket holds because she was being self-abusive. To prevent her from bruising, because her mother did not want her child bruised, staff would hold her down. Kristen's arms would be crossed and the assistant would be behind Kristen holding her hands down. Kristen was so flexible that she could get out of the hold. It became such an issue that several staff members, including Sharon Brune and Carmen Souza, would have Kristen sit on their laps and then improperly hold her down in a hug-like manner from behind. Kristen would just become more aggravated and try to get loose from the hold.

13. I was discouraged by administrative staff from filling out accident/incident reports for Kristen if she was hurt. After filling out a report on Kristen one day, Heidi Bettencourt left a note on my desk and I was asked not to give a copy of the report to Kristen's mother, as was customary, because Heidi said that if Mrs. Cabral knew what had happened, Mrs. Cabral might try to sue the school. *Attachment No. 2.*

14. Kristen had a behavioral plan in place, written by David Galloway, Psy.D., Behavioral Consultant to the Department of Mental Retardation (DMR). The plan was not being followed by classroom staff. The plan called for "avoidance of physical redirection or restraint." *Attachment No. 3*. The plan stated that "staff should avoid using hands-on methods to redirect Kristen ... [and] whenever possible, use verbal prompts and instructional strategies to redirect her."

15. We had a meeting with Dr. David Galloway in late July, 2002 to review Kristen's behavior plan. Dr. Galloway went over the plan in detail and questioned the staff as to why the plan was not being implemented. I agreed with the plan as written and thought it was well-suited for

Kristen's needs, but the majority of the staff felt the plan was not working and had stopped using it after only a few weeks of its implementation in September, 2001.

16. I approached management on numerous occasions about behavioral plans not being properly implemented for the children and children being improperly restrained. In response, I was told by Ms. Bettencourt that "every assistant has to be included in the decisions", but never received anything more responsive to my concerns. I felt that no one followed through on my ideas regarding behavior modification techniques and there was a lack of a team effort. I felt very frustrated and eventually resigned.

17. Shortly after resigning from my position at KDCS, I called the local Department of Social Services (DSS) around the end of August or early September, 2002, to file a complaint concerning the abuse and neglect by staff against students at the school. I spoke with a caseworker by telephone for about ten to fifteen minutes and she took my name, address, and telephone number. She said my call would be anonymous and that she was going to call the school and follow-up on my allegations. I never heard back from DSS after my initial phone call.

18. I was contacted by the Disability Law Center as part of their investigation of the alleged abuse and neglect by staff against students at KDCS and relayed the above facts to them on November 21, 2003.

Signed under the pains and penalties of perjury on this 20th day of May, 2004.

Patricia Campbell

4