## AFFIDAVIT OF BERNICE FORCIER

I, Bernice Forcier, hereby depose and state as follows:

1. My name is Bernice Forcier. I am a registered nurse and I am currently retired.

2. I graduated with a three year diploma in Nursing in 1964 from St. Luke's Hospital School of Nursing in New Bedford, Massachusetts. Over my career, I have worked primarily in nursing homes as a staff nurse. I also have worked as a staff nurse supervisor and as Director of Nursing for ten years with adult handicapped individuals in a nursing home.

3. The last job I held before retiring was as Nurse Coordinator at the Kennedy-Donovan Center School in New Bedford, Massachusetts.

4. I started working part-time at Kennedy-Donovan Center School (KDCS) on March 10, 1988 and resigned on August 16, 2002. Around 1995, I became the Nurse Coordinator/Health Care Services Coordinator. Prior to that I was a general staff nurse.

5. My job duties included supervising three other nurses and monitoring all the health care issues of the total population of children at the Kennedy-Donovan Center School. Many of the children at the school were very medically dependent. I also worked on general staff heath care needs, including insurance and workers compensation. I transcribed orders for administration of medication for the students and I reviewed medication orders on a timely basis. I wrote the medical portion of Individual Education Plans (IEP) for the students, participated in IEP Team meetings, and participated in department head meetings.

6. My direct supervisor for the majority of time that I worked at KDCS was Dale Richter. My supervisor for my last several years before leaving my position at the school was Heidi Bettencourt.

7. I left my position as nurse coordinator on August 16, 2002. I resigned as Nurse

Coordinator due to morale problems in the school overall and because of philosophical differences I had with management over treatment of the children in the school, in general, and implementation of restraint interventions and behavior plans. There was a lot of staff turn-over at the school due to the lack of a "team concept", stress, poor management, and a general poor working environment.

8.  I resigned as Nurse Coordinator during an internal investigation at KDCS involving allegations of abuse and neglect of students by staff at the school. The investigation took place in August, 2002, after KDCS received the resignation of classroom teacher, Patricia Campbell.

9.  After Patricia Campbell resigned, the CEO of KDC, Dana Roszkiewicz, distributed an "Urgent Policy Reminder" to all staff dated August 6, 2002, concerning basic human rights issues pertaining to the students. *Attachment No. 1.* The forms were to be read, signed, and returned to the Administration by all employees. An internal investigation was conducted thereafter by Dan Couet, Vice President of KDC Programs, and Kate McRoberts, Vice President of Human Services from KDC Central Office in Foxboro, Massachusetts.

10. I met with Mr. Couet, Ms. McRoberts, and Ms. Bettencourt on August 6, 2002 for direct questioning pertaining to the circumstances surrounding the resignation of Ms. Campbell. Ms. Campbell had handed me a copy of her resignation letter on the day she resigned from KDCS. I am aware that Ms. Campbell resigned due to instances of students being restrained improperly, changed in public, and denied food and beverage as a form of punishment. I witnessed instances of improper restraint by staff against students and was aware that students were denied food and beverages at various points in time.

11. One child, in particular, that I had concern about was Kristen Cabral. Kristen had a poor dietary intake and was often improperly restrained in "basket hold" positions in direct

contravention to her Behavior Plan as recommended by Dr. David Galloway, Behavioral Consultant to the Department of Mental Retardation. *Attachment No. 2.*

12.  Staff working with Kristen, including myself, met with Dr. Galloway on two separate occasions. We first met with Dr. Galloway when Kristen's behavior plan was implemented and met a second time with Dr. Galloway on July 25, 2002, to review Kristen's behavior program. During the second meeting, we addressed the fact that Kristen's behavior plan dated September 21, 2001, calling for "avoidance of physical redirection or restraint" was not being followed by classroom staff and was only followed for the first several weeks after implementation.

13.  One instance, in particular, that I brought up during the meeting on July 25th with Dr. Galloway was where Kristen was repeatedly placed in basket hold positions on July 9, 2002 in order to have her comply with staff demands. I also discussed the specific incident with Director Heidi Bettencourt on the day it happened. *Attachment No. 3.*

14.  During my interview on August 6, 2002, with Mr. Couet, Ms. McRoberts, and Ms. Bettencourt, we discussed the incident of July 9, 2002 concerning Kristen Cabral, and another incident I witnessed in the presence of multiple staff members in which a student who was seeking admission to the program was placed in a basket hold and ended up with a nose bleed due to the force used by staff and improper positioning of the child.

15.  In addition to the interview on August 6, 2002, I was called in on two separate occasions pertaining to the content of the internal investigation. Based on the content of my interviews, it was recommended I receive monthly counseling by Heidi Bettencourt on how to communicate with people. I felt that management was trying to stifle me and the other staff nurses because we witnessed and reported to management instances of alleged abuse by staff against

students.  Thereafter, I resigned on August 16, 2002.

16.  I was contacted by the Disability Law Center as part of their investigation of the alleged abuse and neglect by staff against students at KDCS and relayed the above facts to them on October 10, 2003.

Signed under the pains and penalties of perjury on this 12 day of May, 2004.

_____
Bernice Forcier