UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
DISABILITY LAW CENTER, INC.   )
    Plaintiff                      )
                                      )
v.                                     )      Criminal No. 04-11248-RCL
                                      )
KENNEDY-DONOVAN CENTER, INC.  )
    Defendant                    )
_____)

ORDER OF RECUSAL

      Because I am a former member of the Board of Directors of Disability Law Center, a party to this action, I hereby recuse myself.

      SO ORDERED.

                                              /s/ REGINALD C. LINDSAY
                                              United States District Judge

DATED: June 16, 2004