# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   04-cv-11248

Title: **Disability Law Center, Inc. V. Kennedy-Donovan Center, Inc.**

# N O T I C E

Please take notice that the above-entitled case previously assigned to Judge **Lindsay** has been transferred to Judge **Tauro** for all further proceedings.

From this date forward the case number on all pleadings should be followed by the initials **JLT.**

Thank you for your cooperation in this matter.

                    TONY ANASTAS
                    CLERK OF COURT

          By:     Kimberly M. Abaid
                    Deputy Clerk

Date:  June 22, 2004

\_\_\_\_   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

\_\_\_\_   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:      Counsel

(In-House re-assign-recusal.wpd - 12/98)                                            [ntccsasgn.]