**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
<u>Attorneys At Law</u>

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000   FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000   FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485   FAX: (617) 479-6469

Arthur P. Murphy
James A. Toomey
Katherine A. Hesse
Michael C. Lehane
John P. Flynn
Regina Williams Tate
Edward F. Lenox, Jr.
Mary Ellen Sowyrda
David A. DeLuca
Ann M. O'Neill
Michael F.X. Dolan, Jr.
Donald L. Graham
Andrew J. Waugh
J. David Moran
Doris R. MacKenzie Ehrens
Mary L. Gallant
Robert M. Delahunt, Jr.
Lorna M. Hebert

<u>Of Counsel</u>
Paul F. Dempsey
William P. Breen, Jr.

Geoffrey P. Wermuth
Joseph T. Bartulis, Jr.
Clifford R. Rhodes, Jr.
Kathryn M. Murphy
Scott E. Bettencourt
Stacey G. Bloom
Michael R. Bertoncini
Rachel A. Israel
Kristin Bierly Magendantz
Adam D. Janoff
Thomas W. Colomb
Monica Swanson Tesler
David A. Appugliese
Jennifer N. Geosits
Bryan R. LeBlanc
Kimberly A. Mucha
Jason M. Gesing
Christina Gentile
Beth Leopold Ross

Scott Harshbarger

*Please Respond to Quincy*

June 27, 2004

Ms. Kimberly M. Abaid, Deputy Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   Disability Law Center, Inc. v. Kennedy Donovan Center, Inc.
      Docket No. 4-CV-11248 JLT

Dear Ms. Abaid:

I am in receipt of the order, whereby the above-entitled case was reassigned from Judge Reginald C. Lindsay to Judge Joseph Tauro. The purpose of this letter is to disclose certain information which may or may not affect Judge Tauro's retention of this case. I am a partner in the firm of Murphy, Hesse, Toomey & Lehane, and David Moran, Esq., is another partner in the same firm. Mr. Moran has informed me that he represents Judge Tauro's family. In view of this professional relationship between Judge Tauro's family and one of my partners, I felt compelled to disclose this information.

**MURPHY, HESSE, TOOMEY & LEHANE, LLP**
<u>Attorneys At Law</u>
Ms. Kimberly M. Abaid, Deputy Clerk
United States District Court
June 27, 2004
Page 2


Should you have any further questions, please feel free to contact me.

Very truly yours,

Regina Williams Tate

RWT/jao

cc:   Matthew Engel, Esq.
      Janine A. Soloman

G:\WORDDOCS\R_TATE\KD\AbaidLtrReTauro.wpd