AO 398 (Rev. 12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

TO:      Regina Williams Tate, Esq., Murphy, Hesse, Toomey & Lehane, LLP

as    (B)    Attorney    of (C) Kennedy-Donovan Center, Inc.

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the

(D)    Boston                    District of        Massachusetts
and has been assigned docket number        04-11248 RCL    .

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F)   30   days after the date designated below as the date on which this Notice and is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff,
this
          June          ,     2004     .                          10th    day of

C —Name of corporate defendant, if any
D—District
E—Docket number of action
F —Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

FILED
IN CLERKS OFFICE

2004 JUN 30  A II: 06

U.S. DISTRICT COURT
DISTRICT OF MASS

AO 399  (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:     Janine A. Solomon, Esq., Disability Law Center
        (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Regina Williams Tate, Esq., Atty for                , acknowledge receipt of your request
                   (DEFENDANT NAME)
                   Kennedy-Donovan Center, Inc.

that I waive service of summons in the action
of      Disablity Law Center, Inc., V. Kennedy-Donovan Center, Inc.                ,
                                        (CAPTION OF ACTION)

which is case number      C.A. No. 04-11248 RCL            in the United States District Court
                          (DOCKET NUMBER)

for the      Boston         District of      Massachusetts                 .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit
by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the
manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if
an

answer or motion under Rule 12 is not served upon you within 60 days
after                                                   June 10, 2004        ,
                                                     (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.


_____                    _____
        (DATE)                                     (SIGNATURE)

                          Printed/Typed Name:     Regina Williams Tate