# DLC

Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, Massachusetts 02108

(617) 723-8455 *Voice*
(800) 872-9992 *Voice*
(617) 227-9464 *TTY*
(800) 381-0577 *TTY*
(617) 723-9125 *Fax*

FILED
IN CLERKS OFFICE

2004 JUL -1  A 11: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

*Western Mass Office*
22 Green Street
Northampton, MA 01060
(413) 584-6337
(800) 222-5619
(413) 582-6919 *TTY*
(413) 586-5711 *Fax*

http://www.dlc-ma.org
email: mail@dlc-ma.org

June 30, 2004

Ms. Kimberly M. Abaid, Deputy Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re: *Disability Law Center, Inc. v. Kennedy-Donovan Center, Inc.*
Docket Number 1:04-cv-11248

Dear Ms. Abaid:

    I am in receipt of the letter dated June 27, 2004, received in our office on June 29, 2004, from Attorney Regina Williams Tate, in regard to the assignment of Judge Tauro in the above-referenced matter. We appreciate the disclosure from Attorney Williams Tate, but do not take issue with the assignment.

Yours sincerely,

Janine Solomon
Staff Attorney

Cc: Regina Williams Tate, Esq.

THIS AGENCY SUPPORTED BY
United Way