UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DISABILITY LAW CENTER<br>Plaintiff<br><br>v.<br><br>KENNEDY DONOVAN CENTER, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 04-11248 JLT |

FILED
IN OFFICE

2004 JUL 19  P 4: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Kennedy-Donovan Center, Inc.

Respectfully submitted,
DEFENDANT KENNEDY DONOVAN CENTER, INC.
By Its Attorney,

_____
Regina Williams Tate, BBO #492780
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Telephone: (617) 479-5000

Dated: July 16, 2004

## CERTIFICATE OF SERVICE

I, Regina Williams Tate, hereby certify that I have this day forwarded a copy of the foregoing document to Janine A. Solomon, Esq., Disability Law Center, 11 Beacon Street, Suite 925, Boston, MA 02108 and Matthew Engel, Esq., Disability Law Center, Inc., 30 Industrial Drive East, Northampton, MA 01060, attorneys for Plaintiff Disability Law Center, Inc.

_____
Dated

_____
Regina Williams Tate