UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABILITY LAW CENTER )<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>KENNEDY DONOVAN CENTER, INC. )<br>)<br>) | FILED<br>[CLERK'S] OFFICE<br><br>2004 JUL 19 P 4: 16<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS<br><br>CIVIL ACTION NO. 04-11248 JLT |

## ASSENTED TO MOTION FOR EXTENSION TO TIME FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendant Kennedy Donovan Center respectfully requests an extension of time to respond to Plaintiff's Motion for a Preliminary Injunction until Monday, July 26, 2004 As grounds therefore, Defendant states the following. Counsel for Defendant has multiple briefs due in federal court and at the Bureau of Special Education Appeals this week. The matter before the court is complex legally and will require appropriate analysis. In addition, the court's decision on the preliminary injunction will decide the merits of the case in substantial part, so that a thorough review of the facts sufficient to respond to the affidavits and other documents filed by Plaintiff is required.

Plaintiff Disability Law Center, Inc. has assented to this Motion. Therefore, Defendant respectfully requests that the court grant this extension of time.

Assented to: _____  _____

Janine A. Solomon, Esq.
Disability Law Center, Inc.
11 Beacon Street
Suite 925
Boston, MA   02108

                                   Respectfully submitted,
                                   DEFENDANT KENNEDY DONOVAN CENTER, INC.
                                   By Its Attorney,

                                   _____
                                   Regina Williams Tate, BBO #492780
                                   Murphy, Hesse, Toomey & Lehane, LLP
                                   300 Crown Colony Drive, P.O. Box 9126
                                   Quincy, MA 02269-9126
Dated: July 16, 2004                 Telephone: (617) 479-5000

## CERTIFICATE OF SERVICE

I, Regina Williams Tate, hereby certify that I have this day forwarded a copy of the foregoing document to Janine A. Solomon, Esq., Disability Law Center, 11 Beacon Street, Suite 925, Boston, MA 02108 and Matthew Engel, Esq., Disability Law Center, Inc., 30 Industrial Drive East, Northampton, MA 01060, attorneys for Plaintiff Disability Law Center, Inc.

_____                   _____
Dated                                            Regina Williams Tate