UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABLED LAW CENTER )<br>Plaintiff )<br>v. )<br> )<br>KENNEDY DONOVAN CENTER, INC. )<br>Defendant )<br> ) | CIVIL ACTION NO. 04-11248 JLT |

## DEFENDANT KENNEDY DONOVAN CENTER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Defendant Kennedy Donovan Center, Inc. respectfully opposes Plaintiff's Motion for a Preliminary Injunction. As grounds therefore, Defendant states that Plaintiff is not likely to succeed on the merits of the case, one of the primary considerations in granting such an injunction. In addition, neither the balancing of the interests of the parties nor the public interest supports the issuance of the injunction.

Respectfully submitted,
DEFENDANT KENNEDY DONOVAN CENTER, INC.
By Its Attorney,

_____
Regina Williams Tate, BBO #492780
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Dated: July 26, 2004    Telephone: (617) 479-5000

### CERTIFICATE OF SERVICE

I, Regina Williams Tate, hereby certify that I have this day forwarded a copy of the foregoing document to Janine A. Solomon, Esq., Disability Law Center, 11 Beacon Street, Suite 925, Boston, MA 02108 and Matthew Engel, Esq., Disability Law Center, Inc., 30 Industrial Drive East, Northampton, MA 01060, attorneys for Plaintiff Disability Law Center, Inc.

_____    _____
Dated              Regina Williams Tate