UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABILITY LAW CENTER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNEDY-DONOVAN CENTER, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-11248 JLT |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Plaintiff Disability Law Center respectfully requests leave of this Court to file the attached Reply Memorandum. In Support of this Motion, plaintiff states that the defendant's Memorandum raises novel issues of statutory interpretation which the plaintiff believes are erroneous so that a brief Reply Memorandum is appropriate. In addition, the defendant will not be prejudiced by the allowance of this Motion.

DISABILITY LAW CENTER, INC.
Plaintiff,

Date: 8/5/04

By attorneys,

_Matthew Engel (JS)_
Matthew Engel, BB0 #547465
Disability Law Center, Inc.
30 Industrial Drive, East
Northampton, MA 01060
(413) 584-6337

_Janine A. Solomon_
Janine A. Solomon, BBO# 567964
Disability Law Center, Inc.
11 Beacon Street, Suite #925
Boston, MA 02108
(617) 723-8455

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon Regina Williams Tate, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, Suite 410, Quincy, MA 02269-9126, counsel for defendant, by first class mail on August 5, 2004.

_____
Janine A. Solomon