UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISABILITY LAW CENTER )
    Plaintiff )
)
)
v. ) CIVIL ACTION NO. 04-11248 JLT
)
)
KENNEDY DONOVAN CENTER, INC. )
    Defendant )
)

### DEFENDANT KENNEDY DONOVAN CENTER, INC.'S
### MOTION TO PRESERVE OPTION TO FILE A REPLY BRIEF

Plaintiff's Reply Brief was received in this office on August 6, 2004. Attorney Tate, counsel of record for Defendant Kennedy Donovan Center, was involved with a multi-day hearing during the week of August 2, 2004 and then took ill on Thursday, August 5, 2004 requiring the abrupt postponement of the hearing as of August 5, 2004. Attorney Tate went on vacation on Monday, August 9, 2004 and will not return until August 19, 2004. Therefore she has not had the opportunity to review Plaintiff's Reply Brief, nor will she, during the time limit required for filing reply briefs.

Therefore, on behalf of Attorney Tate, counsel is seeking an extension of time until August 30, 2004 for Attorney Tate to review Plaintiff's Reply Brief, to determine if Defendants should file a reply brief, and then file such brief, if one is necessary.

          Respectfully submitted,
          DEFENDANT KENNEDY DONOVAN CENTER, INC.
          By Its Attorney,

          */s/ Kimberly A. Mucha*
          Kimberly A. Mucha, BBO #655403
          On behalf of Regina Williams Tate
          Murphy, Hesse, Toomey & Lehane, LLP
          300 Crown Colony Drive, P.O. Box 9126
          Quincy, MA 02269-9126

Dated: August 9, 2004      Telephone: (617) 479-5000

## CERTIFICATE OF SERVICE

I, Kimberly A. Mucha, hereby certify that I have this day forwarded a copy of the foregoing document to Janine A. Solomon, Esq., Disability Law Center, 11 Beacon Street, Suite 925, Boston, MA 02108 and Matthew Engel, Esq., Disability Law Center, Inc., 30 Industrial Drive East, Northampton, MA 01060, attorneys for Plaintiff Disability Law Center, Inc.

_08/09/04_          _/s/ Kimberly A. Mucha_
Dated          Kimberly A. Mucha