FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  2004 OCT 26  A 9:49

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DISABILITY LAW CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-11248-JLT |
| ) | |
| v. ) | |
| ) | |
| KENNEDY-DONOVAN CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE THAT PARTIES HAVE CONFERRED

Pursuant to Local Rule 7.1 (A)(2), counsel and their parties hereby certify that they have conferred with each other.

Due to the fact that the case will be decided on the basis of pleadings and oral argument, there is no need to establish a budget. The parties and their respective counsel have considered the resolution of the case through the use of alternative dispute resolution (ADR) but do not think that ADR would be helpful in this case.

Respectfully submitted,

Plaintiff Disability Law Center, Inc.        Kennedy Donovan Center, Inc.
By its attorneys,                            By its attorney,

_Janine Solomon_                             _Regina Williams Tate (JAS)_
Janine Solomon, BBO# 567964                  Regina Williams Tate, BBO #492780
Matthew Engel, BBO # 547465                  Murphy, Hesse, Toomey & Lehane, LLC
Disability Law Center                        300 Crown Colony Plaza, Suite 410

1

11 Beacon Street, Suite 925  
Boston, MA 02108  
(617) 723-8455  
Dated:

P.O. Box 9126  
Quincy, MA 02269-9126  
(617) 479-5000  
Dated:

Disability Law Center  
By its authorized representative,

*Christine Griffin (JAS)*  
Christine Griffin  
Executive Director  
Disability Law Center  
11 Beacon Street, Suite 925  
Boston, MA 02108  
(617) 723-8455  
Dated:

Kennedy Donovan Center  
By its authorized representative,

*Ann Taylor (JAS)*  
Ann Taylor  
Interim President  
Kennedy Developmental Center  
One Commercial Street  
Foxboro, MA 02035  
(508) 453-2542  
Dated: