UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 26  A 9: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DISABILITY LAW CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11248-JLT |
| ) | |
| KENNEDY-DONOVAN CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STATEMENT OF THE PARTIES

A. In accordance with the Court's Order of October 1, 2004, the parties submit this joint statement containing a proposed pre-trial schedule. As a preliminary matter, the parties agree that there are no issues of material fact in dispute so that an evidentiary trial is not necessary. The matter can be decided through the Court's interpretation of statutory, regulatory and case law.

B. OBLIGATION OF COUNSEL TO CONFER: counsel for the parties have already conferred to prepare an agenda of matters to be discussed at the conference. A pretrial schedule and plan for discovery is not necessary since there are no material facts in dispute and resolution of the case depends solely on the court's interpretation of the law. The parties do not consent to trial by magistrate judge.

C. SETTLEMENT PROPOSAL: Plaintiff has already presented a written settlement proposal to the Defendant.

JOINT STATEMENT:

1

1. Joint Discovery Plan: no discovery is necessary since there are no disputed issues of material fact.

2. Proposed Schedule for the Filing of Motions: The Plaintiff has already filed its Motion for a Preliminary Injunction and the Defendant has filed an Opposition. The parties will present oral argument on this Motion on November 2, 2004, at the time of the Scheduling Conference. In the event that the Motion for a Preliminary Injunction is denied, or if the Motion is allowed but the parties cannot subsequently reach an agreement, the parties expect to file cross-motions for Summary Judgment no later than December 15, 2004.

3. Certifications signed by counsel and an authorized representative of each party affirming that each party and that party's counsel have conferred are attached.

Respectfully submitted,

Plaintiff Disability Law Center Inc.,
By its attorneys,

_____
Janine Solomon, BBO# 567964
Matthew Engel BBO # 547465
Disability Law Center
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455
Dated:

Kennedy Donovan Center, Inc.
By its attorney,

_____ (JAS)
Regina Williams Tate, BB0 # 492780
Murphy, Hesse, Toomey & Lehane, LLC
300 Crown Colony Plaza, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126
(617) 479-5000
Dated: