UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DISABILITY LAW CENTER, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11248-JLT |
| | * | |
| | * | |
| KENNEDY-DONOVAN CENTER, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

November 2, 2004

TAURO, J.

After a conference on November 2, 2004, this court hereby orders that:

1. Plaintiff's Motion for Preliminary Injunction [#2] is ALLOWED; and

2. The Parties are to submit a Joint Proposed Order outlining the specific relief covered by the abovementioned Motion by 4:00 p.m. on November 9, 2004.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge