UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABILITY LAW CENTER, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>KENNEDY-DONOVAN CENTER, INC., )<br>)<br>Defendant. ) | Civil Action No. 04-11248-JLT |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) (ii) of the Federal Rules of Civil Procedure, plaintiff Disability Law Center, Inc., in conjunction with defendant, Kennedy Donovan Center, Inc., hereby dismiss the above-captioned matter without prejudice. Each party agrees to bear their own costs and attorneys fees.

Dated: 8.10.05

Respectfully submitted,

| Plaintiff Disability Law Center, Inc. | Kennedy Donovan Center, Inc. |
|---|---|
| By its attorneys, | By its attorney, |
| Janine Solomon, BBO# 567964 | Regina Williams Tate, BBO #492780 |
| Matthew Engel, BBO # 547465 | Murphy, Hesse, Toomey & Lehane, LLC |
| Disability Law Center | 300 Crown Colony Plaza, Suite 410 |
| 11 Beacon Street, Suite 925 | P.O. Box 9126 |
| Boston, MA 02108 | Quincy, MA 02269-9126 |
| (617) 723-8455 | (617) 479-5000 |
| Dated: | Dated: |

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon Regina Williams Tate, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, Suite 410, Quincy, MA 02269-9126, counsel for defendant, by first class mail on August 10, 2005.

_____
Janine A. Solomon